449 A.2d 759

Al Schwartz Pontiac, Appellant, v. Blank.

Argued March 16, 1982. Edward A. Witt, for appellant; Robert H. Somerton, for appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

Affirmed.

448 A.2d 1157

Commonwealth v. Barto, Appellant.

Petition for Allowance of Appeal Denied Nov. 9, 1982.

Argued November 6, 1981. Michael J. Casale Jr., for appellant; Kenneth D. Brown, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.